■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE CICERO, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Fuchs, J.), rendered February 25, 1983, convicting him of attempted murder in the second degree, robbery in the first degree (two counts), and assault in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The trial court did not abuse its discretion in its *Sandoval* ruling which allowed the prosecutor to elicit that the defendant had been convicted of a misdemeanor in 1981.

The defendant failed to preserve any claim of error with respect to the interpreter of the interpretation, and we decline to exercise our interest of justice jurisdiction with respect thereto *(see,* CPL 470.05 [2]). Bracken, J. P., Brown, Weinstein and Spatt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS C. CRIPPEN, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Copertino, J.), rendered February 25, 1980, convicting him of sodomy in the first degree and burglary in the first degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Although defense counsel's unorthodox trial strategy proved unsuccessful, it cannot be said that the defendant was not provided meaningful representation of counsel *(see, People v Baldi,* 54 NY2d 137).

The defendant's remaining contentions have been examined and found to be either without merit or unpreserved. Bracken, J. P., Brown, Weinstein and Spatt, JJ., concur.